RUFFER and Others v. WATERBURY COMPANY.— Motion for reargument denied. Motion to resettle granted to the extent that a new finding, No. 27A, as proposed by defendant may be inserted. Submit order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MARC KLAW, Suing on Behalf of Himself and All Other Stockholders of FORSIX THEATRE COMPANY, Respondent, v. ABRAHAM L. ERLANGER and FORSIX THEATRE COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

MARC KLAW, Suing on Behalf of Himself and All Other Stockholders of GEORGE M. COHAN THEATRE COMPANY, Respondent, v. ABRAHAM L. ERLANGER and GEORGE M. COHAN THEATRE COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JACOB B. KAPLAN and Another, Respondents, v. UNION WESTCHESTER CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE WESTERN ASSURANCE COMPANY, Respondent, v. HENRY P. WOOD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

GILLETTE BROS., INC., Appellant, v. THE ARISTOCRAT RESTAURANT, INC., Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BERTHA J. DOANE, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of the Transfer Tax upon the Estate of RAMON GUITERAS, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MAX MELZER, Respondent, v. LEOPOLD ZIMMERMANN, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUISE M. JONGERS, a Stockholder in THE ALBERT MANUFACTURING COMPANY, on Behalf of Herself and All Other Stockholders Similarly Situated, etc., Respondent, v. CALVIN TOMKINS and Another, as Executors, etc., of CALVIN TOMKINS, Deceased, and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.